**John D. BUMPHUS, Jr.,**
**Plaintiff–Appellant,**

v.

**HAZELTREE APARTMENTS, aka**
**Phoenix Hazeltree LLC; et al.,**
**Defendants–Appellees.**

**No. 02–17007.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

John D. Bumphus appeals pro se the district court's judgment dismissing his civil rights action, which alleged racial discrimination in housing. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Gilligan v. Jamco*, 108 F.3d 246, 248 (9th Cir.1997), and we affirm.

The district court properly dismissed Bumphus's Fair Housing Act ("FHA") claim because Bumphus failed to allege a discriminatory housing practice. *See* 42 U.S.C. §§ 3604, 3605, 3606 & 3617; *cf. Gilligan*, 108 F.3d at 250 (requiring complaint to allege statutory elements of an FHA claim to state adequate claim for relief).

The district court properly dismissed Bumphus's claim, which alleged a conspiracy that resulted in his illegal eviction, because the claim effectively seeks review of a final, state court decision. *See Fontana Empire Center, LLC v. City of Fontana*, 307 F.3d 987, 992 (9th Cir.2002) (federal district courts lack jurisdiction to review final, state court judgments).

Bumphus's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).